1030

[No. 69413-8-I. Division One. December 23, 2013.]

JACKSON MIKA, *Respondent*, v. GREG STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-02108-4, Michael Hayden, J., entered September 11, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Becker and Appelwick, JJ.

[No. 69500-2-I. Division One. December 23, 2013.]

CANAL STATION NORTH CONDOMINIUM ASSOCIATION, *Respondent*, v. BALLARD LEARY PHASE II, LP, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-15563-1, Catherine D. Shaffer, J., entered August 21, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Cox, J. Now published at 179 Wn. App. 289.

[No. 69619-0-I. Division One. December 23, 2013.]

ISLAND LANDMARKS, *Appellant*, v. MARY MATTHEWS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20765-8, Monica J. Benton, J., entered November 15, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 69691-2-I. Division One. December 23, 2013.]

DEANDRA GRANT, *Appellant*, v. NATIONAL COLLEGE OF DUI DEFENSE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20411-0, Theresa B. Doyle, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Verellen, JJ.